## VANDOROLL RICHARDS *v.* COMMISSIONER OF CORRECTION
### (AC 33255)

Lavine, Sheldon and Peters, Js.

Argued May 24—officially released June 19, 2012

Per Curiam. The appeal is dismissed.

## JESUS NIEVES *v.* COMMISSIONER OF CORRECTION
### (AC 32964)

DiPentima, C. J., and Beach and Bear, Js.

Submitted on briefs May 25—officially released June 19, 2012

Per Curiam. The appeal is dismissed.

## JASON BOONE *v.* COMMISSIONER OF CORRECTION
### (AC 33249)

DiPentima, C. J., and Beach and Bear, Js.

Submitted on briefs May 25—officially released June 19, 2012

Per Curiam. The judgment is affirmed.